#68458
Wichita County Jail
PO Box 8466
Wichita Falls, TX 76307

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 12 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

7-23CV-006-O

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=10/25/2022] [FileNumber=14354008-0]
[bf3fc909f8024700ac9ba4dc41830fa2b97d399d2b2ce6e570d0122084d1d7893b22955b8407a08
a9036580e3c217f157ce10d0718b49b1b9788a1ec38ed5e97]]

Ben Bagley, Akacia Teague, Vera Rozes, SOCCER, GAytAN, Riley, Shenae Raven, Jackie Heath, Kristy Lee, Samantha Maldonado, Randy Matta, JONATHAN Ferguson, Twila Steiner, Steve Sparks Clay Kahler Trenton Wallace, Kristy Gae, Jack Pulley Felicia Thompson, (CMS) Keith Gay, Jennifer Hill, Keith Pittman, Kelly Payton Shelly Hamilton, Shaina, Jade Caimore, Suzanne & Tim Farr, Billy Camron, Sosebee, Matt Brandon Stewart, Polk Street — Tilden St, Matt Frost Chad Manning, Tim Hunley, Ronnie Brewer, Sheriff dept Employees have

harassed me with SONOGRAM

Headache cups and HOT AIR in

Jail. They have refused me commissary. →

Lynne Payton, Kelly Payton (940 631 4009)
Danny Payton, Stormie Justice,
Brandon Stewart, 5127 Reyes Rd
WF TX 76306

owe me several hundred

HAROLD Loyd owes me

$ 500.00

Bank, Police dept, Sheriff dept,
DPS do have the BANK
STATEMENTS.

JAIL employees have refused
me my commissary &
PRIVILIGES.

I   CARE + Sunday
New Jail

## INMATE REQUEST FORM

All areas marked with an (*) are *REQUIRED* fields, if you fail or refuse to write the required information in these areas your request will NOT be answered.
*Only (1) request is needed, Sending in more than (1) will delay a response.*

Only (1) request per form so that the form may be routed to the proper person for answering.

*If you place more than one request per form the request will NOT be answered.*
**PRINT NEATLY SO THAT YOUR REQUEST CAN BE READ**

*Full Name: MARC ARRON PETERS   *SO Number: 68458

*Unit: SOl #-106   *Date: 2-20-22   *Time: 2   AM (or PM)

### Who are you addressing this to?

| On Duty Supervisor<br>Jail Administrator<br>Asst. Jail Administrator<br>Trusty Officer | Classification Officer<br>Disciplinary Officer<br>Commissary<br>(Complaint) | Records Section<br>Food Services<br>Mail Officer |
|---|---|---|

If you list the Sheriff or Chief Deputy, the request WILL be screened and, if necessary, re-routed to the proper authority for answering.

Other Person NOT Listed: Dehydration

List your request in the space below. If more space is needed, use the area on the back of the form. DO NOT write in the area listed for officer's response or your request will be returned to you unanswered.

Purchased dehydrater

From I CARE

ORDERS they did

ON purpose to CAUSE

HARM.

Received by Officer:_____ Date:_____ Time:_____

*Any use of this form other than official request to jail staff can result in disciplinary action.*

Continue here if needed:

JENNIFER HCC continued
more problems with

other co workers.
SHE Increased the
problems with NAGGING
techniques.

DO NOT WRITE IN THIS AREAS. THIS IS TO BE USED BY THE PERSON
ANSWERING YOUR REQUEST!

ANSWERED BY:_____ DATE:_____

Any use of this form other than official request to jail staff can result in disciplinary action.

I had savings with Rod Peters FROM when I lived iN Abilene, TX.

785 443 2947

I worked At LAUREN eNGineering S14th & Treadway Blvd And then moved iN with MANO GARCIA.

Sd#106 12-7-2022

12/05/2022 03:24 PM

Access Securepak
3101 MARQUIS DRIVE, SUITE 200  GARLAND TX 75042
380 for WICHITA COUNTY JAIL MAIN

Name: Marc Arron Peters
ID: 68458                                                    Delivery: 6339248
Acct #: 20378(10060588)        Batch: TX_12052022_142546_252963
Order: 21988320  12/04/2022    Purchased By: Rod Peters
Block: K-103-A          Tier:              Cell:
12950 Wichita County TX 2022

||||||||||||||||||||||||||||||||||||||||
38000651696-A

| Bay-Seq | Qty | UOM | Item | LT | Price |
|---------|-----|-----|------|-----|-------|
| SubInventory: KA1 | | | | | |
| A-1053 | 10 | EA | RAMEN-LIME SHRIMP W/HAB 1347 | | 10.50 |
| B-1629 | 3 | EA | FLOUR TORTILLA 8 OZ 5070 | | 9.09 |
| D-2501 | 2 | EA | CORN CHIPS 13 OZ 7991 | | 10.24 |
| E-3215 | 10 | EA | RAMEN - CHILI 3 OZ 10 | | 10.50 |
| F-3629 | 3 | EA | HOT PICKLE 9.6 OZ 383 | | 6.93 |
| G-4001 | 3 | EA | CHEESE PUFF 2 OZ 7994 | | 4.95 |
| I-5001 | 2 | EA | TORTILLA CHIPS 12 OZ 910 | | 9.80 |
| I-5334 | 2 | EA | MILD DILL PICKLE 9.6 OZ 381 | | 4.62 |
| J-6053 | 10 | EA | RAMEN-SPICY VEG 3 OZ 505 | | 10.50 |
| J-6557 | 3 | EA | TRL BST BEEF N CHEESE STK 1 80008893 | | 3.21 |
| J-6629 | 2 | EA | KING NUT CAJUN SNK MIX 3.5OZ 80003370 | | 4.96 |

Total Unique Items: 11                          SubTotal:        85.30
Total Package Weight: 15.19 lbs                 Tax:          0.45
                                        Processing Fee:       7.95
                                               Total:        93.70
                                       Amount Received:      93.70
                                           Refund Due:        0.00

SPECIAL INSTRUCTIONS:

I have checked and received this order with any and all credits/shortages as
indicated herein.

Signed: Marc Arron Peters          Date: 12-8-22
Witnessed By: Sara Muella          Date: 12-8-22
940 723 0099

Rod Received 2

Life Insurance Plans

Mathew Taylor Peters

Rita Roe - Nebraska

Page 1 of 1                                                    12/19/2022 02:33 PM

**Access Securepak**
3101 MARQUIS DRIVE, SUITE 200  GARLAND TX 75042
380 for WICHITA COUNTY JAIL MAIN

Name: Marc Arron Peters
ID: 68458                                          Delivery: 6367301
Acct #: 20378(10060588)            Batch: TX_12192022_134945_254185
Order: 22082225  12/18/2022   Purchased By: Deb Victoria
Block: SHU-106        Tier:              Cell:
                      12950 Wichita County TX 2022



38000656566-A

| Bay-Seq | Qty | UOM | Item | LT | Price |
|---|---|---|---|---|---|
| SubInventory: KA1 | | | | | |
| D-2962 | 3 | EA | NON ASPIRIN 500 MG 24525 | | 2.49 |
| E-3057 | 5 | EA | ALTURO BLEND COFFEE 3 OZ 10243 | | 26.80 |
| F-3954 | 1 | EA | HALLS MENTHO 9CT ROLL 80009305 | | 1.65 |
| G-4470 | 3 | EA | SUNDANCE MLTIVTMN 60CT 80008684 | | 9.15 |
| H-4826 | 4 | EA | DRY MILK NON FAT 10 OZ 6566 | | 21.80 |
| K-7005 | 4 | EA | GV FRSTD FLAKES 20OZ 10361 | | 27.80 |
| K-7722 | 2 | EA | POKER PLAYING CARDS 20211 | | 5.28 |
| L-8137 | 1 | EA | FRENCH VN CAPPUCCINO 8OZ 3701 | | 3.85 |

Total Unique Items: 8                        SubTotal:      98.82
Total Package Weight: 10.35 lbs                   Tax:       0.47
                                        Processing Fee:      7.95
                                                Total:     107.24
                                      Amount Received:     107.24
                                           Refund Due:       0.00

SPECIAL INSTRUCTIONS:

I have checked and received this order with any and all credits/shortages as
indicated herein.

Signed: _Dec 22 SOI #1/CO_              Date:_____

Witnessed By: _SHAW_                     Date:_____

940 766 8170

2815 Central Freeway East

WICHITA FACC, TX 76302

New JAil

Access Securepak
3101 MARQUIS DRIVE, SUITE 200  GARLAND TX 75042
380 for WICHITA COUNTY JAIL MAIN

Name: Marc Arron Peters
ID: 68458                                          Delivery: 6118734
Acct #: 20378(10060588)        Batch: TX_08092022_060155_243010
Order:21153766  08/08/2022   Purchased By: Rod Peters
Block: K-207-A          Tier:            Cell:
12950 Wichita County TX 2022



38000601910-A

| Bay-Seq | Qty | UOM | Item | LT | Price |
|---|---|---|---|---|---|
| SubInventory: KA1 | | | | | |
| A-1053 | 10 | EA | RAMEN-LIME SHRIMP W/HAB 1347 | | 10.50 |
| E-3215 | 10 | EA | RAMEN - CHILI 3 OZ 10 | | 10.50 |
| F-3505 | 3 | EA | HOT CORN CHIP 1.5 OZ 7999 | | 4.65 |
| F-3629 | 2 | EA | HOT PICKLE 9.6 OZ 383 | | 4.62 |
| F-3826 | 6 | EA | KF PREM CLMBIAN COFFEE 3OZ 10244 | | 33.78 |
| I-5334 | 3 | EA | MILD DILL PICKLE 9.6 OZ 381 | | 6.93 |
| L-8053 | 10 | EA | RAMEN - TEXAS BEEF 3 OZ 13 | | 10.50 |
| SECURE | | | | | |
| J-6326 | 3 | EA | FAYGO COLA 20 OZ BTL 6506 | | 6.78 |

Total Unique Items: 8                          SubTotal:       88.26
Total Package Weight: 14.46 lbs                    Tax:         1.03
                                        Processing Fee:         7.95
                                                Total:        97.24
                                      Amount Received:         97.24
                                          Refund Due:          0.00

*SPECIAL INSTRUCTIONS:*

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed:_____        Date:_____

Witnessed By:_____        Date:_____

*I am in debt from parents credit card spends 2 thousand.*
*CAR AUCTION I LOST 5 THOUSAND.*
*mental hold 7thousand 5 hundred*
*→  →  →*

when I leave here my case worker at the food stamp office (HAS NOT HELPED)

Ms. Morales case worker for mental STRESS at Social Security HILLARY (HAS NOT HELPED)

KATHY ODOM TWILA STERNER at unemployment office (HAS NOT HELPED)

Mrs Barker at the Emergency Assistance HAS NOT HELPED

TEMPORARY WORK service (HAS NOT HELPED)



**SPRINGHOUSE**
**REGULAR**
**BEVERAGE**

INGREDIENTS: DEXTROSE,
FRUCTOSE, MALIC ACID,
TRICALCIUM PHOSPHATE,
ASCORBIC ACID, NATURAL
& ARTIFICIAL FLAVOR,
SUCRALOSE, ARTIFICIAL
COLOR, TRIPOTASSIUM
CITRATE MONOHYDRATE,
CORN SYRUP SOLIDS.

Manufactured By:
Food Concepts
(615) 443-1079

12-29-2022

## Nutrition Facts

Servings per container
Serving Size (7g)

Amount per serving
**Calories** **25**

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 0mg | 0% |
| **Total Carbohydrate** 6g | 2% |
| Dietary Fiber 0g | 0% |
| Total Sugars 6g | |
| Includes 6g Added Sugars | 12% |
| **Protein** 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 28mg | 2% |
| Iron 0mg | 0% |
| Potassium 1mg | 0% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Magic Johnson
Marc Anton Jung-Peters
#65,458
940 766 8170
2815 CENTRAL
WICHITA FALLS, Tx
76302

New Jail
Techniques
HOT AIR - headache cups
RADIO Tech

Brandon STEWART

RECEIVED
JAN 1 2 2023
Freeway
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX P&DC
DALLAS TX 750
5 JAN 2023 PM 4 L

OFFICE FILED

CLERK OF THE U.S. DISTRICT COURT
501 W TENTH ST. RM 310
FORT WORTH iTx 76102

HAROLD LOYD, Kelly Payton
Keith Gary owe me
$1,200.00 And Jail refused me
commissary privileges

TWINS STRANGE
Deborah VICTORIA

USA ★ FOREVER